**514**

■

**STATE of Missouri, Respondent,**

v.

**Anthony TALLEY, Appellant.**

**No. WD 35678.**

Missouri Court of Appeals,
Western District.

Sept. 24, 1985.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
Oct. 22, 1985.

Application to Transfer Denied
Dec. 17, 1985.

Sean D. O'Brien, Public Defender, David
S. Durbin, Asst. Public Defender, Kansas
City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Christine M. Szaj, Asst. Atty.
Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and PRITCHARD and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Direct appeal from a jury conviction for
the sale of a controlled substance, in violation of § 195.020, RSMo Supp.1984.

Judgment affirmed. Rule 30.25(b).

■

**STATE of Missouri, Respondent,**

v.

**Othe A. BRADLEY, Appellant.**

**No. WD 36594.**

Missouri Court of Appeals,
Western District.

Sept. 25, 1985.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
Oct. 22, 1985.
Application to Transfer Denied
Dec. 17, 1985.

Sean D. O'Brien, Public Defender, David
S. Durbin, Asst. Public Defender, Kansas
City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen.,
Kansas City, for respondent.

Before MANFORD, P.J., and PRITCHARD, and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Direct appeal from a jury conviction for
selling a controlled substance, in violation
of § 195.020, RSMo Supp.1983.

Judgment affirmed. Rule 30.25(b).